1

2

3

4

5

6                       **UNITED STATES DISTRICT COURT**

7                             **DISTRICT OF NEVADA**

8

9   KOO KWANG JUNG,                          )
                                             )
10               Petitioner,                 )        3:12-cv-00382-LRH-WGC
                                             )
11  vs.                                      )        **ORDER**
                                             )
12  JACK PALMER, *et al.*,                   )
                                             )
13               Respondents.                )
    _____/

14

15          Petitioner has submitted a document to the court in which he appears to challenge his criminal

16  conviction in state court. (ECF No. 1-1.)  Accordingly, the court construes this action as a petition for

17  writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, the petition for writ of habeas corpus

18  submitted in this action is not written on the form required by this court for petitioners proceeding *pro*

19  *se.*  A *pro se* habeas corpus petitioner is required to use the court's approved form for filing actions

20  pursuant to 28 U.S.C. § 2254.  Local Rules of Special Proceedings 3-1.  The court will provide petitioner

21  with the approved form for filing a *pro se* habeas corpus petition.  Petitioner shall be allowed an

22  additional period of time within which to file with the court a proposed habeas corpus petition using the

23  form provided by the court.  If petitioner fails to provide the court with his petition using the court

24  approved form, this action may be dismissed and closed.

25  ///

26  ///

27  ///

**IT IS THEREFORE ORDERED** that the clerk shall send petitioner a set of forms for filing § 2254 actions in this court, together with instructions for filing such forms. Petitioner shall have **forty-five (45) days** from the date of the entry of this order within which to file a revised petition using only the court approved form. If petitioner fails to comply with this directive, this action shall be dismissed and closed.

Dated this 27th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE